■ BARBARA EISEN, Respondent, v MAX EISEN, Appellant. [621 NYS2d 866] —Order, Supreme Court, New York County (Phyllis Gangel-Jacob, J.), entered on or about January 31, 1994, which, to the extent appealed from, granted plaintiff's motion for *pendente lite* maintenance in the amount of $950.00 per week, and order same court and Justice, entered on or about July 5, 1994, which denied defendant's motion for, *inter alia,* downward modification and to disqualify plaintiff's counsel, unanimously affirmed, without costs.

Considering, among other things, plaintiff's assets, expenses and earning capacity, and defendant's income, we find the award of maintenance *pendente lite* not to be excessive. Defendant's motion to relieve plaintiff's counsel was properly denied

as defendant failed to demonstrate that counsel's testimony would be "necessary" in the pending litigation *(H.H.B.K. 45th St. Corp. v Stern,* 158 AD2d 395, 396). Concur—Ellerin, J. P., Kupferman, Asch and Rubin, JJ.